UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-09828-FLA (SP) | Date | October 20, 2021 |
|---|---|---|---|
| Title | REVELA CURL v. HARBOR U.C.L.A. HOSPITAL OF TORRANCE CALIFORNIA, et al. | | |

| Present: The Honorable | **Sheri Pym, United States Magistrate Judge** | |
|---|---|---|
| Kimberly Carter | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff(s):          Attorneys Present for Defendant(s):

None Appearing                                      None Appearing

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY COMPLAINT SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On October 27, 2020, plaintiff Revela Curl, proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983.  The complaint asserts a number of claims related to events in which plaintiff lost custody of her daughter shortly after giving birth to her daughter at Harbor UCLA Hospital.  On February 18, 2021, this court, having completed screening of the complaint, found it subject to dismissal and granted plaintiff leave to file a First Amended Complaint by March 18, 2021.  The court also instructed plaintiff she could notify the court by March 18, 2021 that she intended to stand on the complaint without amendment.  Several months having passed beyond this deadline, the court has not received a First Amended Complaint or any other communication from plaintiff.

Accordingly, within **twenty-one (21)** days of the date of this Order, that is, by **November 10, 2021**, plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order.  Plaintiff is cautioned that her failure to timely file a response to this Order to Show Cause will be deemed by the court as consent to the dismissal of this action without prejudice.  In the event plaintiff wishes to voluntarily dismiss this action, plaintiff may complete and return the enclosed Notice of Dismissal form by November 10, 2021.

If plaintiff files a First Amended Complaint by **November 10, 2021**, this Order to Show Cause will be automatically discharged, and plaintiff need not respond to it separately.