JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REVELA CURL, | ) | Case No. 2:20-cv-09828-FLA (SP) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | |
| HARBOR U.C.L.A. HOSPITAL OF TORRANCE CALIFORNIA, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Memorandum and Order Dismissing Action for Failure to Prosecute,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

Dated: August 16, 2023

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge